IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

UMAR M. AIDARUS )
_____ )
_____ )
_____ )
**Name of Plaintiff** )
) Case No. _____
v. ) (To be assigned by Clerk)
) Jury Demand ☐ Yes ☐ No
Metro Nashville Public )
)
Schools )
_____ )
**Name of Defendant(s)** )

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, _Umar_____, is a citizen of the United States and resides at

   _626-A Benton Ave_____, _Nashville_____,
   Street address                                City

   _Davidson_____, _TN_____, _37204_, _615-612-8407_.
   County           State    Zip Code   Telephone Number

3. Defendant, _Metro Nashville Public Schools_ resides at, or its business is located at

   _2601 Brandsford Ave_____, _Nashville_____,
   Street address                                City

   _Davidson_____, _TN_____, _37204_.
   County           State    Zip Code

2

(If more than one Defendant, list the name and address of each additional Defendant)

_____
_____
_____
_____
_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

   <u>7840 old Harding Road</u>, <u>Nashville</u>,
   Street address                                City

   _____, <u>TN</u>, <u>37221</u>.
   County           State    Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about <u>02</u>   <u>06</u>   <u>2010</u>.
   Month   Day   Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about <u>12</u> <u>02</u> <u>2010</u>.
   Month   Day   Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on <u>12</u>
   Month
   <u>02</u>   <u>2011</u>, a copy of which Notice is attached.
   Day   Year

8. Because of Plaintiff's (1) <u>✓</u> race, (2) _____ color, (3) _____ sex,

   (4) <u>✓</u> religion, (5) <u>✓</u> national origin, the Defendant:

a. _____ failed to employ Plaintiff.

b. __✓__ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

e. _____ other. Explain: _____

_____

_____

_____

_____.

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

_See the attached._____

_____

_____

_____

_____

_____.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. __✓__ are still being committed by Defendant.

b. _____ are no longer being committed by Defendant.

c. _____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a._____ direct that Defendant employ Plaintiff, or

b._____ direct that Defendant re-employ Plaintiff, or

c._____ direct that Defendant promote Plaintiff, or

d._____ order other equitable or injunctive relief: _____

_____.

e._____ direct that Defendant pay Plaintiff back pay in the amount of

_____ and interest on back pay;

f._____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____

_____.

g._____ direct that Defendant pay Plaintiff punitive damages in the amount of _____$180,000_____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_____
(Signature of Plaintiff)

| EEOC Form 5 (11/09) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>494-2011-00482 | |

Tennessee Human Rights Commission ___ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Umar M. Aidarus | Home Phone (Incl. Area Code) | Date of Birth<br>02-23-1963 |
|---|---|---|
| Street Address<br>626-A Benton Avenue, Nashville, TN 37204 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>METRO NASHVILLE PUBLIC SCHOOLS | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(615) 259-8400 |
|---|---|---|
| Street Address<br>2601 Bransford Avenue, Nashville, TN 37204 | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☒ NATIONAL ORIGIN<br>☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 02-06-2010  Latest: 02-26-2010<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired as a custodian on July 17, 2000. In December 2009, I was not invited to the school Christmas party and had work duties assigned to me while the party was going on. The principal, Kimber Halliburton, required me to perform duties outside of my normal responsibilities by being assigned to work on Sunday to open the school for a church service. I was unable to make it due to my illness and the principal harshly criticized me. I was terminated effective February 26, 2010 while I was under a doctor's care.

The reason given for my termination is for absence without notification or approval for leave.

I believe I have been discriminated against due to my religion, Muslim; race, Black; and national origin, Somalia; in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against in violation of the Americans with Disabilities Act Amendments Act of 2008.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Dec 03, 2010  /s/ Umar Aidarus<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

[EEOC RECEIVED DEC 03 2010 stamp]

EEOC Form 161 (11/09)       U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Umar M. Aidarus<br>626-A Benton Avenue<br>Nashville, TN 37204 | From: | Nashville Area Office<br>220 Athens Way<br>Suite 350<br>Nashville, TN 37228 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2011-00482 | David J. Smith, Investigator | (615) 736-5928 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Sarah L. Smith,
Area Office Director

NOV 28 2011
(Date Mailed)

Enclosures(s)

cc: **METRO NASHVILLE PUBLIC SCHOOLS**
c/o Department of Law
Attn: Christy Feldman, Esq.
P.O. Box 196300
Nashville, TN 37219-6300

King & Solomon
Attn: David L. King, Esq.
144 Second Avenue North, Suite 159
Nashville, TN 37210