IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UMAR AIDAYUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:12-0229 |
| v. ) | JUDGE HAYNES |
| ) | |
| METRO NASHVILLE PUBLIC ) | |
| SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 7) and Plaintiff's response (Docket Entry No. 10).

In essence, the Magistrate Judge concluded that Plaintiff has not stated any facts to state under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e et seq. In his response, Plaintiff objects and submits letters on his medical condition, including his ability to return to work on February 8, 2010. (Docket Entry No. 10-1).

Upon de novo review and after consideration of the Report and Recommendation, the Court concludes that Plaintiff fails to allege any facts of discrimination prohibited by Title VII. Accordingly, this action is **DISMISSED with prejudice** for failure to state a claim.

This is the Final Order in this action and any appeal of this Order would not be in good faith, as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the 9th day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief District Judge