UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


| | | |
|---|---|---|
| **UMAR M. AIDARUS** | ) ) ) | |
| | ) | Case No. 3:12-cv-0229 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| **METRO NASHVILLE PUBLIC SCHOOLS** | ) ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 9, 2012.


    KEITH THROCKMORTON, CLERK
    s/Dalaina Thompson, Deputy Clerk